IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA        )
                                )
            v.                  )    CR. NO.   02:05-mj-114-C
                                )
ROBERT BARBER                   )

GOVERNMENT'S MOTION FOR DETENTION HEARING

Comes now the United States of America, by and through Leura
Garrett Canary, United States Attorney for the Middle District of
Alabama, and pursuant to 18 U.S.C. 3142(e) and (f) moves for a
detention hearing for the above-captioned defendant.

1.  Eligibility of Cases

This case is eligible for a detention order because this case
involves:

_____     Crime of violence (18 U.S.C. 3156)

_____     Maximum sentence of life imprisonment or death

___X___     10 + year drug offense

_____     Felony, with two prior convictions in the above
            categories

___X___     Serious risk the defendant will flee

___X___     Serious risk of obstruction of justice

2.  Reason For Detention

The Court should detain defendant because there are no

conditions of release which will reasonably assure:

   X        Defendant's appearance as required

   X        Safety of any other person and the community

3.   <u>Rebuttable Presumption</u>

The United States will invoke the rebuttable presumption against defendant under Section 3142(e). The presumption applies because:

   X        Probable cause to believe defendant committed 10 + year drug offense or an offense in which a firearm was used or carried under Section 924(c)

_____        Previous conviction for "eligible" offense committed while on pretrial bond

_____        A period of five years has not elapsed from defendant's conviction or release from imprisonment for the offense described above

4.   <u>Time For Detention Hearing</u>

The United States requests the Court conduct the detention hearing:

_____        At the initial appearance

   X        After continuance of 3 days

The Government requests leave of Court to file a supplemental motion with additional grounds or presumption for detention should this be necessary.

Respectfully submitted this the 28th day of September, 2005.

LEURA GARRETT CANARY
United States Attorney

/s A. Clark Morris
A. CLARK MORRIS
Assistant  United  States  Attorney
One Court Square, Suite 201
Montgomery, AL 36104
Phone: (334)223-7280
Fax: (334)223-7135
E-mail: clark. morris@usdoj.gov
ASB-1613-N77A