**COURTROOM DEPUTY MINUTES**  DATE: 9/28/05
**MIDDLE DISTRICT OF ALABAMA**
                                                      DIGITAL RECORDING: 3:35 - 3:41

- ✓ INITIAL APPEARANCE
- ☐ BOND HEARING
- ☐ DETENTION HEARING
- ☐ REMOVAL HEARING (R.40)
- ☐ ARRAIGNMENT
- ☐ ARRAIGNMENT on SUPERSEDING INDICTMENT
- ☐ PRELIMINARY EXAMINATION

| | |
|---|---|
| PRESIDING MAG. JUDGE CHARLES S. COODY | DEPUTY CLERK: WANDA STINSON |
| CASE NO. 02:05MJ114-CSC | DEFT. NAME: ROBERT BARBER |
| USA: A. CLARK MORRIS | ATTY: JENNIFER HART |
| | Type Counsel: ( ) Retained; (✓) Panel CJA; ( ) Waived; ( ) CDO; |
| USPTSO/USPO: RON THWEATT | |

Defendant _____ does __✓__ does NOT need an interpreter;
Interpreter present __✓__ NO ___ YES NAME: _____

- ✓ Kars.  Date of Arrest 9/27/05  or  ☐ karsr40
- ✓ kia.  Deft. First Appearance. Advised of rights/charges.  ☐ Pro/Sup Rel Violator
- ✓ kcnsl.  Deft. First Appearance with Counsel
- ✓  Requests appointed Counsel  ✓ ORAL MOTION for Appointment of Counsel
- ✓ finaff.  Financial Affidavit executed  ☐ to be obtained by PTSO
- ✓ koappted  **ORAL ORDER** appointing Community Defender Organization  -  **Notice to be filed.**
- ☐ k20appt.  Panel Attorney Appointed; ☐ to be appointed - prepare voucher
- ☐  Deft. Advises he will retain counsel. Has retained _____
- ☐  Government's **ORAL** (kgoralm.) Motion for Detention Hrg.  ☐ To be followed by written motion;
- ✓  Government's **WRITTEN** Motion for Detention Hrg. filed.
- ✓  Detention Hrg ☐ held; ✓ Set for 10/3/05 @ 9:00 ; ✓ Preliminary Hrg ✓ Set for 10/3/05 @ 9:00
- ☐ kotempdtn.  **ORDER OF TEMPORARY DETENTION PENDING HEARING** entered
- ☐ kodtn.  **ORDER OF DETENTION PENDING TRIAL** entered
- ☐ kocondrls.  Release order entered. ☐ Deft. advised of conditions of release.
- ☐ kbnd.  ☐ BOND EXECUTED (M/D AL charges) $ _____. Deft released (kloc LR)
   ☐ BOND EXECUTED (R.40 charges) - deft to report to originating district as ordered
- ✓ kloc.(LC)  Bond **NOT** executed. Deft to remain in Marshal's custody
- ☐ ko.  Deft. **ORDERED REMOVED** to originating district
- ☐ kwvprl.  Waiver of ☐ preliminary hearing; ☐kwvr40hrg. (Waiver of R.40 Hearing)
- ☐  Court finds **PROBABLE CAUSE**. Defendant bound over to the Grand Jury.
- ☐ karr.  ARRAIGNMENT SET FOR: _____ ☐ HELD. Plea of **NOT GUILTY** entered.
   ☐ Set for _____ Trial Term; ☐ PRETRIAL CONFERENCE DATE: _____
   DISCOVERY DISCLOSURES DATE: _____
- ☐ Krmknn.  NOTICE to retained Criminal Defense Attorney handed to Counsel
- ☐ krmvhrg.  Identity/Removal Hearing set for _____
- ☐ kwvspt  Waiver of Speedy Trial Act Rights Executed.