IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.    ) | Case No.: 2:05mj114-CSC |
| ) | |
| ROBERT BARBER    ) | |

### NOTICE OF APPEARANCE

**COMES NOW** the undersigned counsel, Donnie W. Bethel, and enters his appearance on behalf of Defendant, Robert Barber, in the above-styled case.

Dated this 29th day of September 2005.

Respectfully submitted,

s/ Donnie W. Bethel
DONNIE W. BETHEL
Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: don_bethel@fd.org
IN Bar Code: 14773-49

**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **v.** ) | Case No.: 2:05mj114-CSC |
| ) | |
| **ROBERT BARBER** ) | |

**CERTIFICATE OF SERVICE**

    I hereby certify that on September 29, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: A. Clark Morris, Esq., Assistant U. S. Attorney, One Court Square, Suite 201, Montgomery, Alabama 36104.

                                         Respectfully submitted,

                                         s/ Donnie W. Bethel
                                         DONNIE W. BETHEL
                                         Assistant Federal Defender
                                         201 Monroe Street, Suite 407
                                         Montgomery, Alabama 36104
                                         Phone: (334) 834-2099
                                         Fax: (334) 834-0353
                                         E-mail:don_bethel@fd.org
                                         IN Bar Code: 14773-49