## MINUTES

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| HON. CHARLES S. COODY | AT | Montgomery, Alabama |
| DATE COMMENCED: 10/3/05 | AT | 9:02 a.m. to 10:21 a.m. |
| DATE COMPLETED: 10/3/05 | TO | Digital Recorded |

UNITED STATES OF AMERICA   *
                          *
VS.                       *   CASE NO.: 2:05MJ114-CSC
                          *
ROBERT BARBER

| GOVERNMENT | APPEARANCES: | DEFENDANT |
|---|---|---|
| Atty. A. Clark Morris | * | Atty. Christine Freeman |
| Ron Thweatt, USPTS | | |

**COURT OFFICIALS PRESENT:**

**Court Room Deputy:** Wanda Stinson

( ) NON-JURY TRIAL
(X) OTHER PROCEEDINGS: **PRELIMINARY/DETENTION HEARING**

# SEE MINUTES ATTACHED

| LOG OF PROCEEDINGS ELECTRONICALLY RECORDED |||
|---|---|---|
| **Description** | Preliminary/Dentention Hrg. 05m,j114-CSC ||
| **Date** 10/ 3 /2005 | **Location** | Courtroom 4B |
| **Time** | **Speaker** | **Note** |
| 9 :02:12 AM | Court | Court Convenes; parties presented as noted; |
| 9 :02:17 AM | Atty. Morris | Calls Stephen Matthews, U.S. Postal Inspector ; witness is sworned and seated; Discussion of knowledge and connection with defendant amd mail package; Discussion of items found in the search; |
| 9 :18:17 AM | Atty. Freeman | Cross- examination of witness; Discussion of package and mail watch of the package; Discussion of dog alert on package; Discussion of beeper order and anticipatory search; Discussion of how drugs was packaged; |
| 9 :54:12 AM | court | side bar with counsel; |
| 9 :56:00 AM | Atty. Freeman | Cont'd testimony of witness; |
| 10:05:18 AM | Atty. Morris | Re-direct of witness; Discussion as to information contained from agent; Discussion and review of Govt. Exh. #1 and #2; Move to admit Govt. Exh. #1 and #2; |
| 10:09:00 AM | Court | No objections they are admitted; |
| 10:09:09 AM | Atty. Morris | Cont'd testimony of witness; |
| 10:09:35 AM | Court | Witness is excused; |
| 10:09:40 AM | Atty. Freeman | Addresses the court regarding detention issue;  Calls Ron Thweatt, USPTS officer; witness is sworn and seated; Discussion as to deft compliance with conditions of release; |
| 10:15:23 AM | Atty. Morris | Cross-examination of witness; Discussion of pretrial service report where deft indicated that he has not left the house in 5 months; Discussion as to persons living in the house besides Ms. Hunt in Florida; |
| 10:16:52 AM | Atty. Freeman | Re-direct of witness; Discussion of mail watch on address of Linda Hunt; |
| 10:17:10 AM | Court | Witness is excused; |
| 10:17:15 AM | Atty. Freeman | Request. deft be released on prteial release and be placed in the home of Linda Hunt; He has no prior criminal record; |
| 10:17:38 AM | Court | Discussion as to any reasons why deft won't abide by conditions imposed on him; |
| 10:18:00 AM | Atty. Freeman | Response; |
| 10:19:01 AM | Court | Addresses concern as to putting deft out of this district; |
| 10:19:50 AM | Atty. Freeman | Response; |
| 10:20:18 AM | Court | Discuss of knowledge of Ms. Hunt and the one telephone conversation; |
| 10:20:19 AM | Mr. Thweatt | Response; |
| 10:20:28 AM | Court | Need to know more; Order deft be detained pending the understand that pretrial services conduct  further contact with and about Ms. Hunt through pretrial services or probation in Florida and provide a report to the court about that circumstance and at the time the court may reconsider conditions; |

| 10:21:18 AM | Freeman | Question as to notification from pretrial services of information; |
| 10:21:24 AM | Court | Pretrial service officer advised to contact both govt and defense counsel of information; |
| 10:21:30 AM | Court | Court is recessed. |

Case 2:05-mj-00114-CSC    Document 9    Filed 10/03/2005    Page 6 of 6