IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| vs. | * | CR. NO.: 2:05MJ114-CSC |
| | * | |
| ROBERT BARBER | * | |
| | * | |
| Defendants. | * | |

## WITNESS LIST:

**GOVERNMENT**                                    **DEFENDANT**

1. Stephen Matthews, Postal Inspector            1.   Ron Thweatt, USPTS