AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

_____MIDDLE_____ DISTRICT OF _____ALABAMA_____

UNITED STATES OF AMERICA
V.
ROBERT BARBER

**GOVERNMENT'S EXHIBIT LIST**

Case Number: 2:05MJ114-CSC

| PRESIDING JUDGE<br>CHARLES S. COODY | PLAINTIFF'S ATTORNEY<br>A. CLARK MORRIS | DEFENDANT'S ATTORNEY<br>CHRISTINE FREEMAN |
|---|---|---|
| TRIAL DATE (S)<br>PRELIMINARY AND DETENTION HEARING- OCTOBER 3, 2005 | COURT REPORTER | COURTROOM DEPUTY<br>WANDA STINSON |

| ADMITTED | DATE OFFERED | DATE IDENTIFIED | EXHIBIT NO. | WITNESS | OBJ | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|---|
| YES | 10/3/05 | 10/3/05 | 1 | Stephen Mathews | NO | MAIL PACKAGE POSTAL RECEIPTS |
| YES | 10/30/05 | 10/3/05 | 2 | Stephen Matthews | NO | MAIL PACKAGE POSTAL RECEIPTS |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | EXHIBITS ARE PLACED IN A SEPARATE ENVELOPE WITH COURT FILE |

**EQ 110137916 US**

# EXPRESS MAIL
## UNITED STATES POSTAL SERVICE®

**Mailing Label**
Label 11-B, March 2004

**Post Office To Addressee**

### DELIVERY (POSTAL USE ONLY)

| Delivery Attempt | Time | | Employee Signature |
|---|---|---|---|
| Mo. 8 / Day 24 | 11:00 | ☑ AM ☐ PM | C. Sten |
| Delivery Attempt Mo. / Day | Time | ☐ AM ☐ PM | Employee Signature |
| Delivery Date 8 / 24 | 3:05 | ☐ AM ☑ PM | Employee Signature |

### CUSTOMER USE ONLY

**PAYMENT BY ACCOUNT**
Express Mail Corporate Acct. No.

Federal Agency Acct. No. or Postal Service Acct. No.

**WAIVER OF SIGNATURE** (Domestic Mail Only)
☐ Additional merchandise insurance is void if customer requests waiver of signature. I wish delivery to be made without obtaining signature of addressee or addressee's agent (if delivery employee judges that article can be left in secure location) and I authorize that delivery employee's signature constitutes valid proof of delivery.

**NO DELIVERY**  ☐ Weekend  ☐ Holiday   Mailer Signature

### ORIGIN (POSTAL SERVICE USE ONLY)

PO ZIP Code: **85021**
Day of Delivery: ☑ Next ☐ 2nd ☐ 2nd Del. Day
Postage: **$30.40**
Date Accepted: **8/23/05**
Scheduled Date of Delivery: Mo. **8** Day **24**
Return Receipt Fee: $
Time Accepted: **11:20** ☑ AM ☐ PM
Scheduled Time of Delivery: ☐ Noon ☑ 3 PM
COD Fee: $
Insurance Fee: $
Military: ☐ 2nd Day ☐ 3rd Day
Total Postage & Fees: **$30.40**
Flat Rate ☑ or Weight: **5** lbs. **9** ozs.
Int'l Alpha Country Code:
Acceptance Emp. Initials: **SF**

**FROM:** (PLEASE PRINT)  PHONE (602) 330-7198

Suzan Rose
1272 Northern Ave
Phx., AZ  85022

**TO:** (PLEASE PRINT)  PHONE ( )

Laura DeYoung
328 Arthur St.
Montgomery, AL

ZIP + 4: **3 6 1 0 7** +

FOR INTERNATIONAL DESTINATIONS, WRITE COUNTRY NAME BELOW:

**FOR PICKUP OR TRACKING**
Visit www.usps.com
Call 1-800-222-1811
EMS

JDT 8/29/05

---

We will redeliver OR you or your agent can pick up your mail at the post office. (Bring this form and proper ID. If your agent will pick up, sign below in item 2, and enter agent's name here):

1. a. Check all that apply in section 3;
   b. Sign in section 2 below;
   c. Leave this notice where the carrier can see it.

2. Sign Here to Authorize Redelivery or to Authorize an Agent to Sign for You:

3. ☐ Redeliver (Enter day of week):

(Allow at least two delivery days for redelivery, or call your post office to arrange delivery.)

☐ Leave item at my address

(Specify where to leave. Example: "porch", "side door". This option is not available if box is checked on the front requiring your signature at time of delivery.)

☐ Refused

**CAPITOL HEIGHTS STATION 36107**
**2260 MT MEIGS RD (MONTGOMERY)**
**M-F 9:00 AM - 5:00 PM**

**PHONE: 1(800)275-8777**

**Delivery Section**

| Signature X | [signature] |
|---|---|
| Printed Name | Robert Barber |
| Delivery Address | 328 Arthur St |

USPS   5293 0129 6429 8884

PS Form 3849, November 1999 (Reverse)
JDT 8/29/05


GOVERNMENT EXHIBIT

**Mailing Label** — Label 11-B, March 2004
UNITED STATES POSTAL SERVICE® — Post Office To Addressee

**ORIGIN (POSTAL SERVICE USE ONLY)**
- PO ZIP Code: 85017
- Day of Delivery: Next
- Postage: $27.30
- Date Accepted: 9-26-05
- Scheduled Date of Delivery: 9-27
- Time Accepted: 2:14 PM
- Scheduled Time of Delivery: 3 PM
- Flat Rate or Weight: 4 lbs 13 ozs
- Total Postage: $27.30
- Acceptance Emp. Initials: SM

ED 988720874 US

**DELIVERY (POSTAL USE ONLY)**
- Delivery Date: Mo. 9 Day 27 Time 5:52 PM
- Employee Signature: J.D.T.

**FROM:** Suzan Long, 2344 Michigan Ave, Phx, AZ

**TO:** Laura DeYoung, 328 Arthur St, Montgomery, AL
ZIP+4: 36107

SPN 9/29/05

FOR PICKUP OR TRACKING Visit www.usps.com  Call 1-800-222-1811

---

We will redeliver OR you or your agent can pick up your mail at the post office. (Bring this form and proper ID. If your agent will pick up, sign below in item 2, and enter agent's name here):

1. a. Check all that apply in section 3;
   b. Sign in section 2 below;
   c. Leave this notice where the carrier can see it.

CAPITOL HEIGHTS STATION 36107
2260 MT MEIGS RD (MONTGOMERY)
M-F 9:00 AM - 5:00 PM
PHONE: 1(800)275-8777

**Delivery Section**

Signature: X [signature]
Printed Name: Robert Barbour

2. Sign Here to Authorize Redelivery or to Authorize an Agent to Sign for You:
3. ☐ Redeliver (Enter day of week.):
   (Allow at least two delivery days for redelivery, or call your post office to arrange delivery.)
   ☐ Leave item at my address
   (Specify where to leave. Example: "porch", "side door". This option is not available if box is checked on the front requiring your signature at time of delivery.)
   ☐ Refused

PS Form 3849, November 1999 (Reverse)

USPS   5293 0129 6436 8037
SPN 9/29/05
JDT 9/27/05

GOVERNMENT EXHIBIT 2